IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01675-REB-MJW

AARON JORDAN,

Plaintiff,

v.

ALEXANDER DIAS SIMONES,
MARC SEARS, official capacity suit City of Aurora's officers,
CARRIAGE PARK CONDO ASSOCIATION, and
DENNIS HOUCK,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that plaintiff's Motion for Jury Trial Demand (Docket No. 46) is GRANTED.  Plaintiff's Complaint (Docket No. 1) is amended to include a demand for a jury trial.

In light of the above ruling, it is FURTHER ORDERED that plaintiff's Motion for Jury Trial Demand (Docket No. 51) is DENIED AS MOOT.

It is FURTHER ORDERED that plaintiff's Motion to Suspend Litigation Due to Inability to Proceed Correctly (Docket No. 54) is DENIED.  The court finds that plaintiff has not show good cause for the relief sought in the subject motion.

Date: March 18, 2014